IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JASON PAUL SCHAEFER | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-436 |
| DIRECTOR OF FED. BUREAU OF PRISONS | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Jason Paul Schaefer, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above styled civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff has filed a motion seeking a temporary restraining order and preliminary injunction. Plaintiff complains of conditions at the United States Penitentiary in Beaumont, Texas ("USP-Beaumont"). Plaintiff states that staff at USP-Beaumont have refused to treat physical and mental health problems. He asserts he is experiencing nerve pain in his left knee and severe panic attacks, as well as suffering from depression. Plaintiff further states that the staff is blocking emails he is trying to send, as well as incoming mail

When Plaintiff filed his Complaint and his Motion, he was incarcerated at USP-Beaumont. He subsequently notified the court that he had been sent to the Federal Transfer Center at Oklahoma City, Oklahoma. According to the website operated by the Bureau of Prisons,[1] Plaintiff has now been transferred to the United States Penitentiary at Atlanta, Georgia.

A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot. *Herman v. Holiday*, 238 F.3d 660, 665

---

[1] https://www.bop.gov/inmateloc/

(5th Cir. 2001). As Plaintiff is no longer confined at USP-Beaumont, his motion for a temporary restraining order and preliminary injunction should be denied.

The Clerk of Court shall change the docket sheet in this matter to reflect that Plaintiff's address is USP Atlanta, P.O. Box 150160, Atlanta, Georgia 30315.

## Recommendation

Plaintiff's motion for a temporary restraining order and preliminary injunction should be denied as moot.

## Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 3rd day of February, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE