| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JASON PAUL SCHAEFER, §
　　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:22-CV-436
　　　　　　　　　　　　　　　　　§
DIRECTOR OF FEDERAL BUREAU OF §
PRISONS, §
　　　　　　　　　　　　　　　　　§
　　　　　Defendant. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jason Paul Schaefer, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order and preliminary injunction be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of plaintiff's objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. Based on the authorities cited by the magistrate judge, plaintiff's transfer to another correctional facility rendered his request for preliminary injunctive relief moot. Plaintiff must file a separate lawsuit in the appropriate federal judicial district to obtain relief based on conditions at his new unit.

### ORDER

Accordingly, the objections filed by plaintiff in this matter (#24) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#15) are

correct, and the report of the magistrate judge is **ADOPTED**.  The motion for temporary restraining order and preliminary injunction (#3) is **DENIED**.

      SIGNED at Beaumont, Texas, this 12th day of July, 2023.

*Marcia A. Crone*
      MARCIA A. CRONE
    UNITED STATES DISTRICT JUDGE